PEOPLE *v.* FITCHBURG R. CO.

*(Supreme Court, General Term, Third Department.* July 11, 1891.)

Case submitted on agreed statement of facts.
Argued before LEARNED, P. J., and LANDON and MAYHAM, JJ.
*I. H. Maynard,* for the People. *T. F. Hamilton,* for respondent.

PER CURIAM. Judgment directed for plaintiff on the authority of *People* v. *Railroad Co.,* 15 N. Y. Supp. 635.

LANDON, J., (*dissenting.*) This is also a submission under section 1279, Code Civil Proc., in order to determine the liability of the defendant to pay the organization tax, under chapter 143, Laws 1886, upon the consolidation under chapter 917, Laws 1869, in June, 1887, of the Troy & Boston Railroad Company, a corporation organized under the laws of this state, with the Fitchburg Railroad Company, a corporation organized under the laws of the state of Massachusetts. For the reasons stated in the case of *People* v. *Railroad Co.,* 15 N. Y. Supp. 635, judgment upon the submission is directed for the defendant, with costs.